UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Felix Dominiguez-Rivera

    v.                                             Case No. 20-cv-918-JL

FNU D. Ryall, et al.


ORDER


       After due consideration of the objection filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated April 22, 2021.


       **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge


Date: May 10, 2021

cc:    Felix Dominguez Rivera, pro se
       Seth R. Aframe, AUSA